# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 3:04-0568 |
| v. ) | |
| ) | JUDGE TRAUGER/KNOWLES |
| INTERNET MARKETING GROUP, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, the Report and Recommendation issued by the Magistrate Judge (Docket No. 498) is **ACCEPTED** and the plaintiff's Objections (Docket No. 504) are **OVERRULED**. The Motion for Summary Judgment filed by plaintiff Federal Trade Commission (Docket No. 402) is **DENIED**.

Entered this 2nd day of February, 2006.

_____
ALETA A. TRAUGER
United States District Judge