# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:04-0568 |
| ) | Judge Trauger |
| INTERNET MARKETING GROUP, INC., *et al.*, ) | Magistrate Judge Knowles |
| ) | |
| Defendants. ) | |

## **O R D E R**

On January 17, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that the Motion of Defendants Internet Marketing Group, Inc. and Cindy Austin Gannon for Summary Judgment be denied. (Docket No. 499) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the Motion of Defendants Internet Marketing Group, Inc. and Cindy Austin Gannon for Summary Judgment (Docket No. 409) is **DENIED**.

It is so **ORDERED.**

Enter this 7th day of February 2006.

_____
ALETA A. TRAUGER
United States District Judge