# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CASE NO. 3:04-0568** |
| ) | **JUDGE TRAUGER/KNOWLES** |
| ) | |
| **INTERNET MARKETING GROUP,** ) | |
| **INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter is before the Court upon the "Final Application filed by Robb Evans and Robb Evans & Associates, LLC, Court Appointed Permanent Receiver, for Allowance of Compensation and Reimbursement of Expenses" (Docket No. 570), which Judge Trauger has referred to the undersigned (Docket No. 571).

Pursuant to the Stipulated Preliminary Injunction Order (Docket No. 125), the Receiver seeks to recover its compensation and expenses for the period September 1, 2005, through October 31, 2007, totalling $29,389.25. The Receiver seeks to recover this amount from the Receivership assets in its possession and control, to the extent that there are such assets.

Attached to the Application is an itemized listing of the work performed and certain expenses incurred by the Receiver.

No party to this action has filed an objection to the Application.

The undersigned has reviewed the entries set forth in the descriptions of the hours

worked and fees incurred by the Receiver, and none of the entries appears to be unreasonable on its face. *See, e.g., Wooldridge v. Marlene Industries Corp.,* 898 F.2d 1169, 1176 (6th Cir. 1990)(District court has obligation to review billing statement and eliminate portions of fee requests which are unreasonable on their face.). Additionally, the hourly rates charged by the Receiver's employees are reasonable.

For the foregoing reasons, the Receiver's Application (Docket No. 570) is hereby GRANTED, and the Receiver is awarded its compensation and expenses in the amount of $29,389.25, to be paid from the cash the Receivership assets held and controlled by the Receiver, to the extent that there are assets.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge